IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-mj- 317 |
| | ) | |
| STEPHEN L. SEEK, | ) | Court Date: August 12, 2024 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class B Misdemeanor E1121449)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 2, 2024 at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, STEPHEN L. SEEK, did unlawfully go upon a military installation for a purpose prohibited by law, to wit: knowingly and intentionally entering Marine Corps Base Quantico.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:      /s/
Alexander Amico
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: alexander.amico@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 31, 2024, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:      /s/
Alexander Amico
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: alexander.amico@usdoj.gov